UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

ADAM SHIGWADJA,

        Petitioner,

v.

JAMES CORRIGAN,

        Respondent.

_____/

Case No. 2:22-cv-76

Honorable Jane M. Beckering

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** as untimely.

Dated:    September 11, 2023                /s/ Jane M. Beckering
                                                                                 Jane M. Beckering
                                                                                 United States District Judge